UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANNIKA AND JOSEPH BARTEK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 4:21-CV-01070-JAR |
| v. ) | |
| ) | |
| DAVID LAWRENCE AND ) | |
| MYCHELLE RAISBECK, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate that the instant matter may be dismissed with prejudice and each party to bear their own court costs.

/s/ Michael K. Daming
Michael K. Daming, Bar No.: 52864MO
Wasinger Daming, L. C.
Attorney for Plaintiffs
CIBC Place, Suite 875
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
(314) 961-0400 Tel. No.
(314) 961-2726 Fax No.
mdaming@wasingerdaming.com

/s/ Robert J. Wulff
Robert J. Wulff, Bar No.: 34081MO
Evans & Dixon, L.L.C.
Attorney for Defendants
211 North Broadway, Suite 2500
St. Louis, Missouri 63102
(314) 552-4054 Tel. No.
(314) 884-4454 Fax No.
rjwulff@evans-dixon.com

## CERTIFICATE OF SERVICE

I certify that on June 11, 2022 I electronically filed the attached pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties/attorneys of record.

/s/ Robert J. Wulff

5330848

*So Ordered*
John A. Ross
6/13/2022